# EXHIBIT B

# EXHIBIT B
## Bibliography of Peer-Reviewed Studies on Abortion and Psychological Health

Allanson, S., & Astbury, J. (2001). Attachment style and broken attachments: Violence, pregnancy, and abortion. *Australian Journal of Psychology, 53,* 146-151.

Amaro H., Zuckerman B, & Cabral H. (1989). Drug use among adolescent mothers: profile of risk. *Pediatrics, 84,* 144-151.

Barnett, W., Freudenberg, N., & Wille, R. (1992). Partnership after induced abortion: A prospective controlled study. *Archives of Sexual Behavior, 21*(5), 443-455.

Bianchi-Demicheli, F. et al (2002). Termination of pregnancy and women's sexuality. *Gynecological and Obstetric Investigation, 53*, 48-53.

Boesen, H.C., Rorbye C., Norgaard, M., Nilas, L. (2004). Sexual behavior during the first eight weeks after legal termination of pregnancy. *Acta Obstetricia et Gynecologica Scandinavica, 83*,1189-1192.

Bradley, C.F. (1984) Abortion and subsequent pregnancy. *Canadian Journal of Psychiatry, 29*, 494.

Bradshaw, Z., & Slade, P. (2003). The effects of induced abortion on emotional experiences and relationships: A critical review of the literature. *Clinical Psychology Review, 23*, 929-958.

Bradshaw, Z., & Slade, P. (2005). The relationship between induced abortion, attitudes toward sexuality, and sexual problems. *Sexual and Relationship Therapy, 20*, 390-406.

Brockington, I.F. (2005). Post-abortion psychosis, *Archives of Women's Mental Health 8*: 53–54.

Broen, A. N., Moum, T., Bodtker, A. S., Ekeberg, O. (2004) Psychological impact on women of miscarriage versus induced abortion: A 2-year follow-up study. *Psychosomatic Medicine* 66: 265-71.

Broen, A. N., Moum, T., Bodtker, A. S., & Ekeberg, O. (2005) Reasons for induced abortion and their relation to women's emotional distress: A prospective, two-year follow-up study. *General Hospital Psychiatry* 27: 36-43.

Broen, A. N., Moum, T., Bodtker, A. S., & Ekeberg, O. (2005). The course of mental health after miscarriage and induced abortion: a longitudinal, five-year follow-up study. *BMC Medicine* 3(18).

Broen, A. N., Moum, T., Bodtker, A. S., & Ekeberg, O. (2006) Predictors of anxiety and depression following pregnancy termination: A longitudinal five-year follow-up study. *Acta Obstetricia et Gynecologica Scandinavica* 85: 317-23.

Burnell, G. M., & Norfleet, M. A. (1987). Women's self-reported responses to abortion. *The Journal of Psychology, 121*, 71–76.

Butlet, C. (1996). Late psychological sequelae of abortion: Questions from a primary care physician. *Journal of Family Practice, 43*, p. 396-401.

Campbell, N., Franco, K. & Jurs, S. (1988). Abortion in adolescence. *Adolescence 23*, 813-823.

Cohan, C. L., Dunkel-Schetter, C., & Lydon, J. (1993). Pregnancy decision making: Predictors of early stress and adjustment. *Psychology of Women Quarterly, 17*, 223-239.

Coleman, P. K. (2005). Induced Abortion and increased risk of substance use: A review of the evidence. *Current Women's Health Reviews 1*, 21-34.

Coleman, P. K. (2006). Resolution of unwanted pregnancy during adolescence through abortion versus childbirth: Individual and family predictors and psychological consequences. *Journal of Youth and Adolescence, 35*, 903-911.

Coleman, P.K.. (2009) The Psychological Pain of Perinatal Loss and Subsequent Parenting Risks: Could Induced Abortion be more Problematic than Other Forms of Loss? Current Women's Health Reviews, 5, 88-99.

Coleman, P.K. (2011). Abortion and Mental Health: A Quantitative Synthesis and Analysis of Research Published from 1995-2009. British Journal of Psychiatry, 199, 180-186

Coleman, P.K., Coyle, C. T., & Rue, V.M. (2010). Late-Term Elective Abortion and Susceptibility to Posttraumatic Stress Symptoms, Journal of Pregnancy, vol. 2010, Article ID 130519.

Coleman., P.K., Coyle, C.T., Shuping, M., & Rue, V. (2009), Induced Abortion and Anxiety, Mood, and Substance Abuse Disorders: Isolating the Effects of Abortion in the National Comorbidity Survey. *Journal of Psychiatric Research, 43, 770– 776.*

Coleman, P. K., Maxey, C. D., Rue, V. M., & Coyle, C. T. (2005). Associations between voluntary and involuntary forms of perinatal loss and child maltreatment among low-income mothers. *Acta Paediatrica, 94*(10), 1476-1483.

Coleman, P. K., & Maxey, D. C., Spence, M. Nixon, C. (2009). The choice to abort among mothers living under ecologically deprived conditions: Predictors and consequences. *International Journal of Mental Health and Addiction 7, 405-422.*

Coleman, P. K., & Nelson, E. S. (1998). The quality of abortion decisions and college students' reports of post-abortion emotional sequelae and abortion attitudes. *Journal of Social & Clinical Psychology, 17*, 425-442.

Coleman, P. K., Reardon, D. C., & Cougle, J. (2002). The quality of the caregiving environment and child developmental outcomes associated with maternal history of abortion using the NLSY data. *Journal of Child Psychology and Psychiatry, 43*, 743-757.

Coleman, P. K., Reardon, D. C., & Cougle, J. R. (2005). Substance use among pregnant women in the context of previous reproductive loss and desire for current pregnancy. British *Journal of Health Psychology, 10* (2), 255-268.

Coleman, P. K., Reardon, D. C., Rue, V. M., & Cougle, J. (2002a). A history of induced abortion in relation to substance use during subsequent pregnancies carried to term. *American Journal of Obstetrics and Gynecology, 187,* 1673-1678.

Coleman, P. K., Reardon, D. C, Rue, V. M., & Cougle, J. (2002b). State-funded abortions versus deliveries: A comparison of outpatient mental health claims over 4 years. American *Journal of Orthopsychiatry, 72*, 141-152.

Coleman, P. K., Reardon, D. C., Strahan, T., & Cougle, J. R. (2005). The psychology of abortion: A review and suggestions for future research. *Psychology and Health, 20*, 237-271.

Coleman, P.K., Rue, V.M., Coyle, C.T. & Maxey, C.D. (2007). Induced abortion and child-directed aggression among mothers of maltreated children. *Internet Journal of Pediatrics and Neonatology, 6* (2), ISSN: 1528-8374.

Coleman, P.K., Rue, V.M., Spence, M. & Coyle, C.T. (2008). Abortion and the sexual lives of men and women: Is casual sexual behavior more appealing and more common after abortion? *International Journal of Health and Clinical Psychology, 8* (1), 77-91.

Coleman, P.K., Rue, V.M. & Coyle, C.T. (2009). Induced abortion and intimate relationship quality in the Chicago Health and Social Life Survey. *Public Health, 123*, 331-338.DOI: 10.1016/j.puhe.2009.01.005

Coleman, P. K., Rue, V., & Spence, M. (2007). Intrapersonal processes and post-abortion relationship difficulties: A review and consolidation of relevant literature. *Internet Journal of Mental Health,* 4 (2).

Congleton, G. K., & Calhoun, L. G. (1993). Post-abortion perceptions: A comparison of self-identified distressed and non-distressed populations. *International Journal of Social Psychiatry, 39*, 255-265.

Conklin, M. P., & O'Connor, B. P. (1995). Beliefs about the fetus as a moderator of postabortion psychological well-being. *Journal of Social & Clinical Psychology, 14*, 76-95.

Cote-Arsenault, D., Dombeck, M. T. B. (2001). Maternal assignment of fetal personhood to a previous pregnancy loss: Relationship to anxiety in the current pregnancy. *Health Care forWomen International 22*, 649-665.

Cougle, J. R., Reardon, D. C., & Coleman, P. K. (2003). Depression associated with abortion and childbirth: A long-term analysis of the NLSY cohort. *Medical Science Monitor, 9* (4), CR105-112.79.

Cougle, J. R., Reardon, D. C., & Coleman, P. K. (2005). Generalized anxiety following unintended pregnancies resolved through childbirth and abortion: A cohort study of the 1995 National Survey of Family Growth. *Journal of Anxiety Disorders, 19*, 137-142.

Cozzarelli, C. (1993). Personality and self-efficacy as predictors of coping with abortion. *Journal of Personality and Social Psychology, 65*, 1224-1236.

Coyle, C.T., Coleman, P.K. & Rue, V.M. (2010). Inadequate preabortion counseling and decision conflict as predictors of subsequent relationship difficulties and psychological stress in men and women. *Traumatology, 16* (1), 16-30. DOI:10.1177/1534765609347550

David, H., Rasmussen, N. & Holst, E. (1981). Postpartum and postabortion psychotic reactions. *Family Planning Perspectives, 13*, 88-91.

Dingle, K., et al. (2008). Pregnancy loss and psychiatric disorders in young women: An Australian birth cohort study. *The British Journal of Psychiatry, 193,* 455-460.

Fayote, F.O., Adeyemi, A.B., Oladimeji, B.Y. (2004). Emotional distress and its correlates. *Journal of Obstetrics and Gynecology, 5,* 504-509.

Fergusson, D. M., Horwood, L. J., & Ridder, E. M. (2006). Abortion in young women and subsequent mental health. *Journal of Child Psychology and Psychiatry, 47*, 16-24.

Fergusson, D. M., Horwood, L. J., & Boden, J.M. (2009). Reactions to abortion and subsequent mental health. *The British Journal of Psychiatry, 195*, 420-426.

Fielding, S. L., & Schaff, E. A. (2004). Social context and the experience of a sample of U.S. women taking RU-486 (Mifepristone) for early abortion. *Qualitative Health Research, 14*, 612-627.

Franz, W., & Reardon, D. (1992). Differential impact of abortion on adolescents and adults. *Adolescence, 27*(105), 161-172.

Gissler, M., Hemminki, E., & Lonnqvist, J. (1996). Suicides after pregnancy in Finland, 1987-94: Register linkage study. *British Medical Journal, 313*, 1431-1434.

Gissler, M., et al. (2005). Injury deaths, suicides and homicides associated with pregnancy, Finland 1987-2000. *European Journal of Public Health, 15,* 459-463.

Guilbert, E., & Rotter, D. (1997). Assessment of satisfaction with induced abortion procedure. *The Journal of Psychology, 131*, 157-166.

Harlow, B. L., Cohen, L. S., Otto, M. W., Spiegelman, D., & Cramer, D. W. (2004). Early life menstrual characteristics and pregnancy experiences among women with and without major depression: the Harvard Study of Mood and Cycles. *Journal of Affective Disorders, 79*, 167176.

Hemmerling, F., Siedentoff, F., & Kentenich, H. (2005). Emotional impact and acceptability of medical abortion with mifepristone: A German experience. *Journal of Psychosomatic Obstetrics & Gynecology, 26,* 23-31.

Henshaw, R., Naji, S., Russell, I., & Templeton, A. (1994). Psychological responses following medical abortion (using mifepristone and gemeprost) and surgical vacuum aspiration: A patient-centered, partially randomized prospective study. Acta Obstetrica et *Gynecologica Scandinavica,73*, 812-818.

Hittner, A. (1987). Feelings of well-being before and after abortion. *American Mental Health Counselors Association Journal, 9*, 98-104.

Hope, T. L., Wilder, E. I., & Terling Watt, T. (2003). The relationships among adolescent pregnancy, pregnancy resolution, and juvenile delinquency. *Sociological Quarterly, 44*, 555-576.

Husfeldt, C., Hansen, S. K., Lyngberg, A., Noddebo, M., & Pettersson, B. (1995). Ambivalence among women applying for abortion. *Acta Obstetricia et Gynecologia Scandinavica, 74*, 813-17.

Kero, A., Hoegberg, U., Jacobsson, L., & Lalos, A. (2001). Legal abortion: A painful necessity. *Social Science and Medicine, 53*, 1481-1490.

Kero, A., Hoegberg, U., & Lalos, A. (2004). Wellbeing and mental growth – long-term effects of legal abortion. *Social Science and Medicine, 58*, 2559-2569.

Kero A, Lalos A. (2000). Ambivalence – a logical response to legal abortion: a prospective study among women and men. *Journal of Psychosomatic Obstetrics and Gynecology, 21*, 81-91.

Kitamura, T., Toda, M. A., Shima, S., & Sugawara, M. (1998). Single and repeated elective abortions in Japan: A psychosocial study. *Psychosomatic Obstetrics and Gynecology, 19*, 126-134.

Lauzon, P., Roger-Achim, D., Achim, A., & Boyer, R. (2000). Emotional distress among couples involved in first-trimester induced abortions. *Canadian Family Physician, 46*, 2033-2040.

Lazarus, A. & Stern, R. (1986). Psychiatric Aspects of Pregnancy Termination" Clinics in

*Obstetrics & Gynaecology 13*, 125-134.

Lazarus, A. (1985). Psychiatric Sequelae of Legalized Elective First Trimester Abortion. *Journal of Psychosomatic Obstetrics &Gynecology, 4*, 141-150.

Lemkau, J. P. (1988). Emotional sequelae of abortion: Implications for clinical practice. *Psychology of Women Quarterly, 12*, 461–472.

Lewis, W. J. (1997). Factors associated with post-abortion adjustment problems: Implications for triage. *The Canadian Journal of Human Sexuality, 6*, 9-17.

Llewellyn, S. P., & Pytches, R. (1988). An investigation of anxiety following termination of pregnancy. *Journal of Advanced Nursing, 13*, 468–471.

Lodl, K. McGettigan, A. & Bucy, J. (1985). Women's Responses to Abortion. *Journal of Social Work & Human Sexuality, 3*, 119-132.

Lydon, J., Dunkel-Schetter, C., Cohan, C. L., & Pierce, T. (1996). Pregnancy decision-making as a significant life event: A commitment approach. *Journal of Personality and Social Psychology, 71,* 141-151.

Major, B. (1989). Self-blame, Self-efficacy and Adjustment to Abortion. *Journal of Personality and Social Psychology, 5,* 1059-1068.

Major, B., Cozzarelli, C., Cooper, M.L., Zubek, J., Richards C., Wilhite, M., & Gramzow, R.H. (2000).Psychological responses of women after first trimester abortion. *Archives of General Psychiatry, 57*, 777-84.

Major, B. Cozzarelli, C., Sciacchitano, A. M., Cooper, M. L., Testa, M., & Mueller, P. M. (1990). Perceived social support, self-efficacy, and adjustment to abortion. *Journal of Personality and Social Psychology, 59*, 186-197.

Major, B.,& Gramzow, R. H. (1999).Abortion as stigma: Cognitive and emotional implications of concealment. *Journal of Personality and Social Psychology,77*, 735-745.

Miller, W. B. (1992). An empirical study of the psychological antecedents and consequences of induced abortion. *Journal of Social Issues, 48,* 67-93.

Miller, W. B., Pasta, D. J., & Dean, C. L. (1998). Testing a model of the psychological consequences of abortion. In L. J. Beckman and S. M. Harvey (eds.), *The new civil war: The psychology, culture, and politics of abortion*. Washington, DC: American PsychologicalAssociation.

Morgan, C., Evans, M., Peter, J. R., & Currie, C. (1997). Mental health may deteriorate as a direct result of induced abortion. *British Medical Journal, 314*, 902.

Moseley, D. T., Follongstad, D. R., Harley, H., & Heckel, R.V. (1981). Psychological factors that predict reaction to abortion. *Journal of Clinical Psychology, 37*, 276-279.

Mota, N.P. et al (2010). Associations between abortion, mental disorders, and suicidal behaviors in a nationally representative sample. *The Canadian Journal of Psychiatry, 55* (4), 239-246.

Mueller, P., Mufel, N., Speckhard, A. & Sivuha, S. (2002) Predictors of Posttraumatic Stress Disorder Following Abortion in a Former Soviet Union Country. *Journal of Prenatal & Perinatal Psych & Health,17,* 41-61.

Ney, P. G., Fung, T., & Wickett, A.R. (1993). Relations between induced abortion and child abuse and neglect: Four studies. *Pre and Perinatal Psychology Journal, 8*, 43-63.

Ney, P. G., Fung, T., Wickett, A. R., & Beaman-Dodd, C. (1994). The effects of pregnancy loss on women's health. *Social Science & Medicine, 38*, 1193-1200.

Ostbye, T., Wenghofer, E. F., Woodward, C. A., Gold, G., & Craighead, J. (2001). Health services utilization after induced abortions in Ontario: A comparison between community clinics and hospitals. *American Journal of Medical Quality, 16*, 99-106.

Patterson, M. J., Hill, R. P., & Maloy, K. (1995). Abortion in America: A consumer-based perspective. *Journal of Consumer Research, 21*, 677-694.

Pedersen, W. (2008). Abortion and depression: A population-based longitudinal study of young women. *Scandinavian Journal of Public Health, 36*, No. 4, 424-428.

Pedersen, W. (2007). Childbirth, abortion and subsequent substance use in young women: a population-based longitudinal study. *Addiction, 102* (12), 1971-78.

Pope, L. M., Adler, N. E., & Tschann, J. M. (2001). Post-abortion psychological adjustment: Are minors at increased risk? *Journal of Adolescent Health, 29*, 2-11.

Posavac, E., & Miller, T. (1990). Some problems caused by not having a conceptual foundation for health research: An illustration from studies of the psychological effects of abortion. *Psychology and Health, 5*, 13-23.

Prommanart, N., et al. (2004). Maternal grief after abortion and related factors. *Journal of the Medical Association of Thailand, 87*, 1275-1280.

Reardon, D. C., & Coleman, P. K. (2006). Relative treatment for sleep disorders following abortion and child delivery: A prospective record-based study. *Sleep, 29* (1), 105-106.

Reardon, D. C., Coleman, P. K., & Cougle, J. R. (2004). Substance use associated with unintended pregnancy outcomes in the National Longitudinal Survey of Youth. *American Journal of Drug and Alcohol Abuse, 30* (2), 369-383.

Reardon, D. C., & Cougle, J. R. (2002a). Depression and unintended pregnancy in the National Longitudinal Survey of Youth: A cohort study. *British Medical Journal, 324* (7330), 151-152.

Reardon, D. C., & Cougle, J. R. (2002b). Depression and unintended pregnancy in the National Longitudinal Survey of Youth: A cohort study: Reply. *British Medical Journal, 324* (7345), 1097-1098.

Reardon, D. C., Cougle, J. R., Rue, V. M., Shuping, M. W., Coleman, P. K., & Ney, P. G. (2003). Psychiatric admissions of low-income women following abortion and childbirth.*Canadian Medical Association Journal, 168*, 1253-1256.

Reardon, D. C., & Ney, P. G. (2000). Abortion and subsequent substance abuse. *AmericanJournal of Drug and Alcohol Abuse, 26*, 61-75.

Reardon, D. C., Ney, P. G., Scheuren, F., Cougle, J., Coleman, P. K., & Strahan, T. W. (2002). Deaths associated with pregnancy outcome: A record linkage study of low income women. *Southern Medical Journal, 95* (8), 834-841.

Rees, D. I. & Sabia, J. J. (2007) The Relationship Between Abortion and Depression: New Evidence from the Fragile Families and Child Wellbeing Study. *Medical Science Monitor 13*(10): 430-436
.

Remennick, L. I., & Segal, R. (2001). Sociocultural context and women's experiences of abortion: Israeli women and Russian immigrants compared. *Culture, Health, And Sexuality, 3,* 49-66.

Rue, V. M., Coleman, P. K., Rue, J. J., & Reardon, D. C. (2004). Induced abortion and traumatic stress: Preliminary comparison of American and Russian women. *Medical Science Monitor, 10*, SR5-16.

Schleiss, L., Mygind, K. A., Borre, R. V., & Peterson, B. H. (1997). Psychological consequences of induced abortion. *Ugeskrift Laeger, 159*, 3603-3606.

Sivuha, S. (2002). Predictors of Posttraumatic Stress Disorder Following Abortion in a Former Soviet Union Country. *Journal of Prenatal & Perinatal Psychology & Health, 17*, 41-61.

Slade, P., Heke, S., Fletcher, J., & Stewart, P. (1998). A comparison of medical and surgical methods of termination of pregnancy: Choice, psychological consequences, and satisfaction with care. *British Journal of Obstetrics and Gynecology, 105*, 1288-1295.

Soderberg, H., Andersson, C., Janzon, L., & Slosberg, N-O. (1997). Continued pregnancy among abortion applicants. A study of women having a change of mind. *Acta Obstetricia Gynecologica Scandinavia, 76,* 942-947.

Söderberg H, Janzon L and Sjöberg NO (1998). Emotional distress following induced abortion. A study of its incidence and determinants among abortees in Malmö, Sweden. *European Journal of Obstetrics and Gynecology and Reproductive Biology 79*, 173-8.

Speckhard, A. & Mufel, N. (2003) Universal responses to abortion? Attachment, trauma, and grief in women following abortion. *Journal of Prenatal & Perinatal Psychology & Health*, 3-37.

Speckhard, A. C., & Rue, V. M. (1992). Postabortion syndrome: An emerging public health concern. *Journal of Social Issues, 48*, 95-119.

Suliman et al. (2007) Comparison of pain, cortisol levels, and psychological distress in women undergoing surgical termination of pregnancy under local anaesthesia versus intravenous sedation. *BMC Psychiatry, 7* (24), p.1-9.

Tamburrino, M. B., Franco, K. N., Campbell, N. B., Pentz, J. E., Evans, C. L., & Jurs, S. G. (1990). Postabortion dysphoria and religion. *Southern Medical Journal, 83*, 736-738.

Thorp, J. M., Hartmann, K. E., & Shadigin, E. (2003). Long-term physical and psychological health consequences of induced abortion: Review of the evidence. *Obstetrical & Gynecological Survey, 58* (1), 67-79.

Tornbom, M. and Moller, A. (1999). Repeat abortion: A qualitative study. *Journal of Psychosomatic Obstetrics and Gynecology, 20*, 21-30.

Turell, S., Armsworth, M., & Gaa, J. (1990). Emotional Response to Abortion: A Critical Review of the Literature. *Women & Therapy 9*, 49-68.

Urquhart D.R., & Templeton, A. A. (1991). Psychiatric morbidity and acceptability following medical and surgical methods of induced abortion. *British Journal of Obstetrics and Gynecology, 98*, 396-99.

Williams, G. B. (2001). Short-term grief after an elective abortion. *Journal of Obstetric, Gynecologic, & Neonatal Nursing, 30* (2), 174-183.

Wilmoth, G. H., deAlteriis, M., & Bussell, D. (1992). Prevalence of psychological risks following legal abortion in the U.S.: Limits of the evidence. *Journal of Social Issues, 48*, 37–66.

Yamaguchi, D., & Kandel, D. (1987). Drug use and other determinants of premarital pregnancy and its outcome: a dynamic analysis of competing life events. *Journal of Marriage and the Family, 49*, 257–270.